UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------- x
BARBARA A. RHONE; RUBY BARNES-  :
HAUSER; SHEILA FISHER; PATTI  :
HUMPHREY; BARBARA AKERS; ALMA  :
BOSTIC; DELORIS BULLARD; NANCY  :
GULIANO; JOYCE HARRIS; SUSAN  :
MACASEVICH,  :
              :
    Plaintiffs  :  Civil Action
v.  :  No. 04-11143-GAO
              :
INDEVUS PHARMACEUTICALS, INC., F/K/A  :
INTERNEURON PHARMACEUTICALS, INC.;  :
WYETH, INC., F/K/A AMERICAN HOME  :
PRODUCTS CORPORATION; WYETH  :
PHARMACEUTICALS, INC F/K/A WYETH-  :
AYERST PHARMACEUTICALS, INC., A  :
DIVISION OF AMERICAN HOME PRODUCTS  :
CORPORATION; AND BOEHRINGER  :
INGELHEIM PHARMACEUTICALS, INC.,  :
              :
    Defendants  :
---------------------------------- x

## NOTICE OF APPEARANCE

    Please enter our appearance as counsel of record for Defendant Boehringer Ingelheim Pharmaceuticals, Inc. in the above-captioned action.

| | |
|---|---|
| Dated: June 21, 2004<br>    Boston, Massachusetts | Respectfully submitted,<br><br>/s/Matthew J. Matule<br>Matthew J. Matule (BBO #632075)<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP |
| Of Counsel:<br>Barbara Wrubel<br>Katherine Armstrong<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP<br>Four Times Square<br>New York, NY 10036<br>(212) 735-3000 | One Beacon Street<br>Boston, Massachusetts 02108<br>(617) 573-4800<br><br><br><br>Counsel for Defendant<br>Boehringer Ingelheim Pharmaceuticals, Inc. |